___



**SO ORDERED,**

*[signature: Selene D. Maddox]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **TERRY W. RICHEY, II** | ) | Case No. 18-14484-SDM |
| | ) | |
| Debtor. | ) | Chapter 7 |

## ORDER OF RECUSAL AND REASSIGNMENT

Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses from this case. This case is reassigned to the Honorable Jason D. Woodard, effective immediately.

##END OF ORDER##